```
 1
 2  McGREGOR W. SCOTT
    United States Attorney
 3  KIRK E. SHERRIFF (SBN 219488)
    Asst. United States Attorney
 4  U.S. Courthouse, Suite 4401
    2500 Tulare Street
 5  Fresno, California  93721
    Telephone: (559) 497-4000
 6  Facsimile: (559) 497-4099

 7  Attorneys for the
    United States of America
 8
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Tax Indebtedness of: | NO. 1:06-mc-00044 LJO |
|---|---|
| DANNIE L. STAGGS and RHONDA L. STAGGS | ORDER AUTHORIZING ENTRY UPON PREMISES TO EFFECT LEVY |
| Ex Parte UNITED STATES OF AMERICA, and MARILYN COLLINS, Revenue Officer, | |
| Applicants for Order. | |

The UNITED STATES OF AMERICA and its Revenue Officer, MARILYN COLLINS, have applied for an Order to enter upon and into the premises located at 2890 N. Sunnyside Ave., Suite 110, Fresno, California 93727, for the purpose of searching for, levying upon, and seizing assets described in the declaration of MARILYN COLLINS, as well as other similar equipment and assets belonging to DANNIE L. STAGGS and RHONDA L. STAGGS found on or

within the premises and subject to levy, in collection of certain due and unpaid assessments of Internal Revenue taxes now outstanding against the Taxpayers.

 Upon the showing made by the declaration under penalty of perjury of applicant MARILYN COLLINS, the Court finds that there is probable cause to believe that (1) the Taxpayers have outstanding federal tax liabilities, (2) the Internal Revenue Service has made notice and demand upon the Taxpayers for such federal tax liabilities, (3) the Taxpayers have neglected or refused to pay such federal tax liabilities, and (4) assets or rights to assets belonging to the Taxpayers, and subject to levy and seizure, are located on or within said premises.  Entry onto the premises to search for and seize assets of the Taxpayers subject to levy under the Internal Revenue laws is reasonable under the circumstances.

 NOW, THEREFORE, IT IS HEREBY ORDERED that MARILYN COLLINS, and/or such other officers, contractors and agents of the Internal Revenue Service of the United States as it may designate, are authorized and directed to enter upon and into the described premises from 6:00 a.m. to 7:00 p.m., within twenty-one (21) days from the date this Order is signed, for the purpose of searching for and seizing the assets described in the Declaration of MARILYN COLLINS, as well as other similar equipment and assets belonging to the Taxpayers, that are found on the premises and are subject to levy in accordance with the applicable Internal

```
Revenue laws and regulations of the United States.
```
     IT IS SO ORDERED.


**Dated:    November 28, 2006                   /s/ Lawrence J. O'Neill**

66h44d                            UNITED STATES MAGISTRATE JUDGE